IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01986-RPM

APRIL N. COLEMAN,
JAMES APODACA,
CHERYL BARTTELS,
WILLIAM S. WARFORD,
STERLING NELOMS and
RICHARD BOGART,

    Plaintiffs,

INTEGRATING TECHNOLOGY AND STANDARDS, INC.,
d/b/a IRON WOMAN CONSTRUCTION AND ENVIRONMENTAL SERVICES, INC. and
SHAWN S. EGAN,

    Defendants.

_____

ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO RESPOND TO DISPOSITIVE MOTIONS
_____

    After review of the Plaintiffs' Unopposed Motion for Leave to Respond to Dispositive Motions, filed December 8, 2008 [4], it is

    ORDERED that the motion is granted and plaintiffs shall have to and including December 22, 2008 to file their response to defendants' Motion to Dismiss or in the Alternative Motion for Summary Judgment [2].

    DATED: December 9th, 2008

                                           BY THE COURT:

                                           s/ Richard P. Matsch
                                           _____
                                           Richard P. Matsch, Senior District Judge