IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01986-RPM

APRIL N. COLEMAN,
JAMES APODACA,
CHERYL BARTTELS,
WILLIAM S. WARFORD,
STERLING NELOMS and
RICHARD BOGART,

    Plaintiffs,

INTEGRATING TECHNOLOGY AND STANDARDS, INC.,
d/b/a IRON WOMAN CONSTRUCTION AND ENVIRONMENTAL SERVICES, INC. and
SHAWN S. EGAN,

    Defendants.
_____

ORDER DENYING PLAINTIFFS' MOTION FOR LEAVE TO FILE ADDITIONAL AFFIDAVIT IN SUPPORT OF THEIR BRIEF OPPOSING DEFENDANTS' DISPOSITIVE MOTIONS
_____

    After review of the Plaintiffs' Motion for Leave to File Additional Affidavit in Support of Their Brief Opposing Defendants' Dispositive Motions, filed December 30, 2008 [10], it is

    ORDERED that the motion is DENIED because the attached Affidavit (Exhibit 6) is of William Warford which has already been filed and not that of Sterling Neloms' as indicated in the motion.

    DATED: December 30th, 2008

                                          BY THE COURT:

                                          s/Richard P. Matsch

                                          _____
                                          Richard P. Matsch, Senior District Judge