IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01986-RPM

APRIL N. COLEMAN,
JAMES APODACA,
CHERYL BARTTELS,
WILLIAM S. WARFORD,
STERLING NELOMS and
RICHARD BOGART,

    Plaintiffs,

INTEGRATING TECHNOLOGY AND STANDARDS, INC.,
d/b/a IRON WOMAN CONSTRUCTION AND ENVIRONMENTAL SERVICES, INC. and
SHAWN S. EGAN,

    Defendants.
_____

ORDER GRANTING PLAINTIFFS' SECOND MOTION FOR LEAVE TO FILE ADDITIONAL AFFIDAVIT IN SUPPORT OF THEIR BRIEF OPPOSING DEFENDANTS' DISPOSITIVE MOTIONS
_____

    After review of the Plaintiffs' Second Motion for Leave to File Additional Affidavit in Support of Their Brief Opposing Defendants' Dispositive Motions, filed December 31, 2008 [12], and it having the correct affidavit referred to attached, it is

    ORDERED that the second motion is granted and the attached Affidavit (Exhibit 5) of Sterling Neloms is accepted as part of Plaintiffs' Brief in Opposition of Defendants' Dispositive Motions [7].

    DATED: December 31st, 2008

                                                  BY THE COURT:

                                                  s/Richard P. Matsch

                                                  _____

                                                  Richard P. Matsch, Senior District Judge