IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01986-RPM

APRIL N. COLEMAN,
JAMES APODACA,
CHERYL BARTTELS,
WILLIAM S. WARFORD,
STERLING NELOMS and
RICHARD BOGART,

    Plaintiffs,

INTEGRATING TECHNOLOGY AND STANDARDS, INC.,
d/b/a IRON WOMAN CONSTRUCTION AND ENVIRONMENTAL SERVICES, INC. and
SHAWN S. EGAN,

    Defendants.
_____

## ORDER AMENDING CASE CAPTION
_____

Upon consideration of plaintiffs' motion to correct the spelling of Defendant Shawn S. Egan's name [22], it is

ORDERED that the caption of this case is amended to reflect the correct spelling of the name of Defendant Shaun S. Egan.

DATED: February 19th, 2009

                                              BY THE COURT:

                                              s/Richard P. Matsch

                                              _____

                                              Richard P. Matsch, Senior District Judge