**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                  May 20, 2009
Courtroom Deputy:      J. Chris Smith
FTR Technician:        Kathy Terasaki

_____

Civil Action No. 08-cv-01986-RPM

| | |
|---|---|
| APRIL N. COLEMAN, | David Roloff |
| JAMES APODACA, | |
| CHERYL BARTTELS, | |
| WILLIAM S. WARFORD, | |
| STERLING NELOMS and | |
| RICHARD BOGART, | |

    Plaintiffs,

| | |
|---|---|
| INTEGRATING TECHNOLOGY AND STANDARDS, INC., | Nancy C. Rodgers |
| d/b/a IRON WOMAN CONSTRUCTION AND | |
| ENVIRONMENTAL SERVICES, INC. and | |
| SHAUN S. EGAN, | |

    Defendants.

_____

**COURTROOM MINUTES**
_____

**Hearing on Motion to Certify Class**

**2:59 p.m.          Court in recess.**

Court's preliminary remarks.

Counsel state there are no objections to the conditional certification and the form of the notice.

Court identifies errors in the proposed notice [33] and [33-2].

Counsel answer questions asked by the Court.

Court instructs counsel to comply with the Colorado Rules (4 and 5) with respect to contingency fees.

**ORDERED:     Plaintiff's Motion for Conditional Certification of Collective Action Under 29 U.S.C. 216 (b); for Expedited Opt-In Discovery; and for Approval of Court-Supervised Notice to Potential Opt-In Plaintiffs, filed March 12, 2009 [25], is granted.  Counsel to submit a proposed order with changes as instructed.**

**3:14 p.m.          Court in recess.**          Hearing concluded.  Total time: 15 min.