IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01986-RPM

APRIL N. COLEMAN,
JAMES APODACA,
CHERYL BARTTELS,
WILLIAM S. WARFORD,
STERLING NELOMS and
RICHARD BOGART,

    Plaintiffs,

INTEGRATING TECHNOLOGY AND STANDARDS, INC.,
d/b/a IRON WOMAN CONSTRUCTION AND ENVIRONMENTAL SERVICES, INC. and
SHAUN S. EGAN,

    Defendants.
_____

ORDER APPROVING JOINT STIPULATION AND ORDER FOR CONDITIONAL
CERTIFICATION AND NOTICE AND CONSENT FORM
_____

    After review of the Joint Stipulation and Order for Conditional Certification and Notice and the Consent Form, submitted May 22, 2009, it is

    ORDERED that the attached Joint Stipulation and Order for Conditional Certification and Notice and the Consent Form are approved.

    DATED: May 26th, 2009

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge