IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01986-RPM

APRIL N. COLEMAN,
JAMES APODACA,
CHERYL BARTTELS,
WILLIAM S. WARFORD,
STERLING NELOMS and
RICHARD BOGART,

    Plaintiffs,

INTEGRATING TECHNOLOGY AND STANDARDS, INC.,
d/b/a IRON WOMAN CONSTRUCTION AND ENVIRONMENTAL SERVICES, INC. and
SHAUN S. EGAN,

    Defendants.
_____

## ORDER FOR DISMISSAL
_____

    Pursuant to the Stipulated Motion for Dismissal [41] filed on June 30, 2009, it is

    ORDERED that this action is dismissed with prejudice, each party to bear and pay their own costs and attorney fees. It is

    FURTHER ORDERED that this Court's order for conditional certification [36], entered on May 26, 2009, is vacated as being moot.

    DATED: July 1st, 2009

                                  BY THE COURT:

                                  s/Richard P. Matsch

                                  _____
                                  Richard P. Matsch, Senior District Judge